96–276.  Massie v. Gahanna–Jefferson Pub. Schools Bd. of Edn.  In Mandamus.  On motion for issuance of alternative writ, motion to dismiss, and motion to amend complaint.  Alternative writ granted, motion to dismiss denied, and motion to amend granted.

STRATTON, J., dissents and would grant the motion to dismiss.

96–331.  State v. Parsons.  *Montgomery County*, No. 14423.  On motion for stay of execution.  Motion denied.

96–384.  State v. Williams.  *Licking County*, No. 95CA00020.  On motion for leave to file delayed appeal.  Motion denied.

PFEIFER, J., dissents.

96–387.  State v. McGee.  *Logan County*, No. 8–94–38.  On review of order certifying a conflict.  The court determines that a conflict exists;  the parties are to brief the issue stated in the court of appeals' Journal Entry, filed January 22, 1996:

"Upon motion to certify filed by appellant, the judges of this court find that the judgment in this case, upon which they have agreed, is in conflict with the judgments of the First, Fourth, Sixth, Ninth, Tenth and Eleventh District Courts of Appeals in the cases *State v. Barton* (1991), 71 Ohio App.3d 455 [594 N.E.2d 702];  *State v. Meeker* (Sept. 15, 1986), Ross App. No. 1146, unreported [1986 WL 11029];  *State v. Gray* (April 29, 1988), Lucas App. No. L–87–204, unreported [1988 WL 39727];  *State v. Williams* (1984), 21 Ohio App.3d [12] [21 OBR 13, 486 N.E.2d 113];  *State v. Wright* (1986), 31 Ohio App.3d 232 [31 OBR 515, 510 N.E.2d 827];  and *State v. Schoolcraft* (May 29, 1992), Portage App. No. 91–P–2340, unreported [1992 WL 276661].

"It is therefore ORDERED, under the provisions of Section 3(B)(5), Article IV, Ohio Constitution, that the record of this case be, and the same hereby is, certified to the Supreme Court of Ohio for review and final determination of the following rule of law:  Negligence is the culpable mental state that the prosecution must prove beyond a reasonable doubt to obtain a conviction for Endangering Children in violation of R.C. 2919.22(A)."

*Sua sponte,* cause consolidated with 96–210, *infra.*

96–397.  State v. Turner.  *Erie County*, No. E–94–063.  On motion for leave to file delayed appeal.  Motion denied.

PFEIFER, J., dissents.

96–409.  State v. Nelson.  *Montgomery County*, No. 14775.  On motion for leave to file delayed appeal.  Motion denied.

RESNICK and PFEIFER, JJ., dissent.

96–452.  State v. Davie.  *Trumbull County*, No. 92–T–4693.  On motion for leave to file delayed appeal.  Motion granted.

96–457.  State v. Landis.  *Perry County*, No. 95CA2.  On motion for leave to file delayed appeal of December 13, 1995 court of appeals decision.  Motion denied.

RESNICK and PFEIFER, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

95–2468.  State v. Weber.  *Franklin County*, Nos. 95APC05–534, 95APC05–545 and 95APC06–717.  On motion to consolidate case with 95–1377 and 95–1466, *State v. Gustafson*, Mahoning County, No. 94 C.A. 232.  *Sua sponte,* cause held for the decision in 95–1377 and 95–1466;  briefing schedule stayed.

STRATTON, J., not participating.

95–2495.  Asbury Apts. v. Dayton Bd. of Zoning Appeals.  *Montgomery County*, No. 15109.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

95–2497.  Jones v. Hartranft.  *Franklin County*, No. 95APE02–139.

RESNICK and PFEIFER, JJ., dissent.